**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** 15-32205 | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** CUMMINGS, RANDALL S | **Date Filed (f) or Converted (c):** | 09/11/2015 (f) |
| **For the Period Ending:** 03/31/2016 | **§341(a) Meeting Date:** | 10/19/2015 |
| | **Claims Bar Date:** | 03/21/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |
| 1 | 1182 E. Hemphill Rd Burton Mi 48529 | $40,000.00 | Unknown | | $0.00 | Unknown |
| 2 | First Merit Bank Checking Acc #8225 Joint with non filing spouse | $875.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Bank Randall Cummings Agency business checking | $600.00 | $0.00 | | $0.00 | FA |
| 4 | Household Goods | $9,000.00 | $0.00 | | $0.00 | FA |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Assorted Jewelry | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | Glock pistol .16 ga shotgun | $500.00 | $0.00 | | $0.00 | FA |
| 9 | State Farm Life Whole Life $40,000 Death Benefit | $1,700.00 | $0.00 | | $0.00 | FA |
| 10 | State Farm Agency Randall S.Cumming Agency, Inc | $2,500.00 | Unknown | | $0.00 | Unknown |
| 11 | Office furniture and equipment | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | STATE FARM UNPAID COMMISSIONS (u) | $24,132.00 | $15,882.00 | | $6,000.00 | $9,882.00 |
| **Asset Notes:** | ASSET ADDED PER AMENDED SCHEDULES FILED 11/18/15. | | | | | |
| 13 | Post-Petition Rent (u) | $0.00 | Unknown | | $540.00 | Unknown |

**TOTALS (Excluding unknown value)**                                            **Gross Value of Remaining Assets**
                $83,507.00         $15,882.00                    $6,540.00         $9,882.00

**Major Activities affecting case closing:**
03/31/2016    Trustee liquidating building, investigating business and commissions owed.

**Initial Projected Date Of Final Report (TFR):** 11/30/2017     /s/ COLLENE K. CORCORAN
**Current Projected Date Of Final Report (TFR):** 11/30/2017     COLLENE K. CORCORAN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 15-32205 |
| Case Name: | CUMMINGS, RANDALL S |
| Primary Taxpayer ID #: | **-***1856 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2015 |
| For Period Ending: | 03/31/2016 |

| | |
|---|---|
| Trustee Name: | Collene K. Corcoran |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******2502 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/22/2015 | (13) | Randall S. Cummings | December, 2015 Monthly Rent Payment | 1222-000 | $450.00 | | $450.00 |
| 01/21/2016 | (12) | Randall Cummings | Per Order for Payment of Nonexempt Equity Dated 1/4/16 | 1221-000 | $2,000.00 | | $2,450.00 |
| 01/21/2016 | (13) | Randall Cummings | January, 2016 Monthly Rent Payment | 1222-000 | $90.00 | | $2,540.00 |
| 02/23/2016 | (12) | Randall Cummings | Per Order for Payment of Nonexempt Equity Dated 1/4/16 | 1221-000 | $2,000.00 | | $4,540.00 |
| 02/25/2016 | 1001 | LAKESIDE INSURANCE AGENCY, INC. | Insurance for Hemphill, Burton, MI property | 2420-000 | | $2,502.13 | $2,037.87 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,027.87 |
| 03/16/2016 | | Lakeside Agency Inc. | Refund on Check# 1001 due to coverage change | 2420-002 | | ($500.00) | $2,527.87 |
| 03/22/2016 | (12) | Randall S. Cummings | Per Order for Payment of Nonexempt Equity Dated 1/4/16 | 1221-000 | $2,000.00 | | $4,527.87 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.20 | $4,522.67 |
| | | | **TOTALS:** | | $6,540.00 | $2,017.33 | $4,522.67 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,540.00 | $2,017.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,540.00 | $2,017.33 | |

| For the period of 04/01/2015 to 03/31/2016 | | For the entire history of the account between 12/22/2015 to 3/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,540.00 | Total Compensable Receipts: | $6,540.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,540.00 | Total Comp/Non Comp Receipts: | $6,540.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,017.33 | Total Compensable Disbursements: | $2,017.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,017.33 | Total Comp/Non Comp Disbursement | $2,017.33 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-32205 | | Trustee Name: | Collene K. Corcoran |
| Case Name: | CUMMINGS, RANDALL S | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1856 | | Checking Acct #: | ******2502 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2015 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | $6,540.00 | $2,017.33 | $4,522.67 |

**For the period of 04/01/2015 to 03/31/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $6,540.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,540.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,017.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,017.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/22/2015 to 3/31/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $6,540.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,540.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,017.33 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,017.33 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN